UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re GRAÑA Y MONTERO S.A.A. SECURITIES LITIGATION | Civil Action No. 2:17-cv-01105-LDH-ST |
| | CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS |

4829-0863-3787.v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff Treasure Finance Holding Corp. and plaintiff Marcia Goldberg ("Plaintiffs") will move this Court, on a date and time as may be designated by the Court, at the United States District Court for the Eastern District of New York at 225 Cadman Plaza East, Brooklyn, NY 11201, for an order: (i) granting preliminary approval of the proposed Settlement of this putative securities class action, pursuant to Federal Rule of Civil Procedure 23(e); (ii) certifying the proposed Settlement Class for purposes of the Settlement; (iii) approving the form and manner of notice of the proposed Settlement to the Settlement Class; and (iv) setting a date for final approval thereof, and a schedule for various deadlines relevant thereto.  In support of this motion, Plaintiffs submit the accompanying Memorandum of Law, Stipulation and Agreement of Settlement, and a [Proposed] Order.

DATED:  July 2, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ALAN I. ELLMAN

s/David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
aellman@rgrdlaw.com

- 1 -

HOLZER & HOLZER, LLC
COREY D. HOLZER
1200 Ashwood Parkway, Suite 410
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com

Lead Counsel for Plaintiffs

LAW OFFICES OF CURTIS V. TRINKO, LLP
CURTIS V. TRINKO
39 Sintsink Drive West, 1st Floor
Port Washington, NY  11050
Telephone:  516/883-1437
ctrinko@trinko.com

Additional Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on July 2, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                                                                                   s/ David A. Rosenfeld
                                                                                                  DAVID A. ROSENFELD