UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
: 
In re GRAÑA Y MONTERO S.A.A. SECURITIES : Civil Action No. 2:17-cv-01105-LDH-ST
LITIGATION :
: CLASS ACTION
:
-------------------------------------------------------------x

## NOTICE OF CHANGE OF NAME AND AMENDED CORPORATE DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that effective November 2, 2020, Defendant Graña y Montero S.A.A. became known as Aenza S.A.A.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, by its undersigned counsel, Aenza S.A.A. states that it is a publicly held corporation and that, based on filings with the Securities and Exchange Commission, no publicly held corporation owns 10 percent or more of its stock.

Dated: December 21, 2020

By: /s/ *George S. Wang*
George S. Wang (gwang@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorney for Defendant Aenza S.A.A.* (f/k/a *Graña y Montero S.A.A.*)