UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re GRAÑA Y MONTERO S.A.A. SECURITIES LITIGATION | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>17-CV-1105 (LDH)(ST) |
| This Document Relates To:<br><br>ALL ACTIONS. | |

LASHANN DEARCY HALL, United States District Judge:

On August 13, 2021, United States Magistrate Judge Steven Tiscione issued a Report and Recommendation recommending that the Court grant Plaintiffs' Motion for Final Approval of the Class Action Settlement and Approval of the Plan of Allocation and Award of Attorney's Fees, Costs, and Incentive Award to Plaintiff Goldberg. The parties were given until August 27, 2021 to file objections to the Report and Recommendation. No objections were filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and hereby adopts Magistrate Judge Tiscione's Report and Recommendation as the opinion of the Court. Accordingly, Plaintiffs' Motion for Final Approval of the Class Action Settlement and Approval of the Plan of Allocation and Award of Attorney's Fees, Costs, and Incentive Award to Plaintiff Goldberg is GRANTED. The class is certified for the purposes of settlement and the Settlement is approved as fair, reasonable,

and adequate.  Plaintiff's counsel is awarded 25 percent of the Settlement Amount and

$54,774.05 in costs.  Plaintiff Goldberg is awarded $4,000.

Dated:  September 14, 2021                          SO ORDERED:
      Brooklyn, New York

                                             /s/ LDH
                                             LaShann DeArcy Hall
                                             United States District Judge