October 4, 2021

VIA ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 4H North
Brooklyn, NY 11201

The Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza, Room 914
Central Islip, NY 11722

Re:  *In re Graña y Montero S.A.A. Securities Litigation*
     Case No. 2:17-cv-1105-LDH-SLT

Dear Judge Hall and Judge Tiscione:

The parties, through their undersigned counsel, write to inform the Court that the parties have entered into a Second Amendment to the Stipulation and Agreement of Settlement dated October 1, 2021 ("Second Amendment"), enclosed with this letter.

Specifically, Defendant Aenza S.A.A., formerly known as Graña y Montero S.A.A. ("Aenza"), is currently undergoing financial difficulties and has informed Plaintiffs that it is unable to make the full payment due September 30, 2021, and has similarly informed other lenders that it is unable to make other debt payments due that same day. The Second Amendment revises the timing and related terms of Aenza's payment of the settlement to Plaintiffs and the proposed class. Plaintiffs' motion for final approval of the settlement was granted and ordered on September 14, 2021.

October 4, 2021
Page 2

    If the Court has any questions, we are available at your convenience.

    Respectfully,

| | | |
|---|---|---|
| | */s/ George S. Wang* | */s/ Derek A. Cohen* |
| | *(with permission)* | *(with permission)* |
| David A. Rosenfeld | George S. Wang | Derek A. Cohen |
| Robbins Geller Rudman & Dowd LLP | Simpson Thacher & Bartlett LLP | Walden Macht & Haran LLP |
| 58 S. Service Rd, Suite 200 | 425 Lexington Avenue | 250 Vesey Street, 27th Floor |
| Melville, NY 11747 | New York, NY 10017 | New York, NY 10281 |
| Telephone: 631/367-7100 | Telephone: 212/455-2000 | Telephone: 215/461-2927 |
| drosenfeld@rgrdlaw.com | gwang@stblaw.com | derek.cohen@wmhlaw.com |
| | | |
| Lead Counsel for Plaintiffs | Counsel for Defendant Aenza S.A.A. (f/k/a Grana y Montero S.A.A.) | Counsel for Defendant Monica Miloslavich Hart |

Enclosure
cc:    All Counsel of Record (via ECF)