April 8, 2022

VIA ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 4H North
Brooklyn, NY 11201

The Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza, Room 914
Central Islip, NY 11722

Re:  *In re Graña y Montero S.A.A. Securities Litigation*
     Case No. 2:17-cv-1105-LDH-SLT

Dear Judge Hall and Magistrate Judge Tiscione:

The parties, through their undersigned counsel, write to inform the Court that the Settlement Amount has now been deposited in the Escrow Account, and to request that the Court issue the enclosed proposed order reinstating Judgment entered on September 16, 2021 (ECF No. 126-3), previously temporarily vacated at the parties' request pending the final settlement payment.

As further background, Plaintiffs' motion for final approval of the settlement was granted and ordered on September 14, 2021. (ECF No. 126.) Final judgment was entered on September 16, 2021. (ECF No. 127.) The parties mutually requested that the Court temporarily vacate final judgment and hold the case in abeyance pending receipt of the final settlement payment, which was delayed due to Defendant Aenza S.A.A.'s (f/k/a Graña y Montero S.A.A.) ("Aenza") financial difficulties. (ECF No. 128.) On February 7, 2022, the Court vacated the Judgment pursuant to the parties' request.

Earlier today, the parties entered into a Third Amendment to the Stipulation and Agreement of Settlement dated April 8, 2022 ("Third Amendment"), a copy of which is enclosed with this letter. In accordance with the Third Amendment, Aenza earlier today deposited the complete settlement payment, together with all accrued interest, in the Escrow Account.

April 8, 2022
Page 2

        Accordingly, the parties respectfully request that the Court reinstate the Judgment entered on September 16, 2021 (ECF No. 126-3). If the Court has any questions, we are available at your convenience.

        Respectfully,

| /s/ David Rosenfeld | /s/ George Wang | /s/ Derek Cohen |
|---|---|---|
| David A. Rosenfeld | George S. Wang | Derek A. Cohen |
| Robbins Geller Rudman & Dowd LLP | Simpson Thacher & Bartlett LLP | Walden Macht & Haran LLP |
| 58 S. Service Rd, Suite 200 | 425 Lexington Avenue | 250 Vesey Street, 27th Floor |
| Melville, NY 11747 | New York, NY 10017 | New York, NY 10281 |
| Telephone: 631/367-7100 | Telephone: 212/455-2000 | Telephone: 215/461-2927 |
| drosenfeld@rgrdlaw.com | gwang@stblaw.com | derek.cohen@wmhlaw.com |
| Lead Counsel for Plaintiffs | Counsel for Defendant Aenza S.A.A. (f/k/a Grana y Montero S.A.A.) | Counsel for Defendant Monica Miloslavich Hart |

Enclosure
cc:    All Counsel of Record (via ECF)