UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re GRAÑA Y MONTERO S.A.A.                                   JUDGMENT
 SECURITIES LITIGATION,

                                                              17-CV-01105 (LDH) (ST)

---------------------------------------------------------------X

An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having

been filed on January 6, 2023, adopting the Report and Recommendation of Magistrate Judge

Steven Tiscione, dated December 15, 2022, which recommended that the Judgment dated

September 16, 2021, granting Plaintiffs' Motion for Final Approval of the Class Action

Settlement and Approval of the Plan of Allocation and an Award of Attorneys' Fees, Costs, and

Incentive Award to Plaintiff Goldberg be REINSTATED; it is

ORDERED and ADJUDGED that the Judgment dated September 16, 2021, granting

Plaintiffs' Motion for Final Approval of the Class Action Settlement and Approval of the Plan of

Allocation and an Award of Attorneys' Fees, Costs, and Incentive Award to Plaintiff Goldberg is

hereby REINSTATED.

Dated: Brooklyn, New York                          Brenna B. Mahoney
       January 10, 2023                            Clerk of Court

                                          By:      /s/Jalitza Poveda
                                                   Deputy Clerk